[Nos. 34946-5-I; 34961-9-I.   Division One.   December 18, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH R. MARTINSON, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for Snohomish County, Nos. 93-1-00410-3 and 93-1-00409-0, John F. Wilson, J., entered June 24, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Cox, JJ.

[No. 35084-6-I.   Division One.   December 18, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DALMAR ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-04085-9, Mary Wicks Brucker, J., entered January 19, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Cox, J.

[No. 36295-3-I.   Division One.   December 18, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEFANI RENE CANDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00497-2, James D. McCutcheon, Jr., J., entered April 19, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Ellington, JJ.